DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERREL ANTHONY JONES GAMBLE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-1110

[July 16, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael C. Heisey, Judge; L.T. Case No. 562022CF000938.

Daniel Eisinger, Public Defender, and Sue-Ellen Kenny, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Richard Valuntas, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

We affirm appellant's convictions for burglary of a dwelling with a battery, criminal mischief, and possession of burglary tools in all respects without discussion. We reverse the imposition of the $50 cost of investigation and remand to the circuit court to strike that cost. *See Chambers v. State*, 217 So. 3d 210, 214 (Fla. 4th DCA 2017).

*Affirmed in part, reversed in part and remanded.*

WARNER, GROSS and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***